UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN RE: | Case No. **15-41480-tjt** |
| | Chapter **13** |
| | Judge **Tucker** |
| **AUBRY STEFFON ORR,** | |
| Debtor. | Adversary Proceeding Case No. **15-04294-tjt** |

_____/

**AUBRY STEFFON ORR,**

    Plaintiff,

v.

JEFFERSON VILLAGE II CONDOMINIUM ASSOCIATION,

    Defendant.

_____/

## DEFAULT JUDGMENT

    This adversary proceeding is before the Court on the Motion of Plaintiff, Aubry Steffon Orr, for entry of a Default Judgment against Defendant, Jefferson Village II Condominium Association, the Motion having been filed in accordance with L.B.R. 7055-1 (E.D.M.) following the entry of Default by the Clerk on May 4, 2015, and the Court finding that the Defendant is in default based upon their failure to timely plead or otherwise defend in the above-captioned adversary proceeding and the Court being otherwise fully advised in the premises;

    **IT IS ORDERED** that upon completion of the Debtor's Chapter 13 Plan in bankruptcy case number 15-41480, the lien for condominium assessments that arose pursuant to Section 559.208 of the Complied Laws of the State of Michigan, 1978, and Article II of the Condominium Bylaws of Jefferson Village II Condominium Association ("Jefferson Village II Condominium Association") dated April 27, 2009, covering the following described property ("17550 Fielding") situated in the City of Detroit, County of Wayne, State of Michigan, and further described as follows:

    **UNIT 66, JEFFERSON VILLAGE II CONDOMINIUM, ACCORDING TO THE MASTER DEED RECORDED IN LIBER 44330, PAGES 123, ET.**

**SEQ. WAYNE COUNTY RECORDS, AND DESIGNATED AS WAYNE COUNTY CONDOMINIUM SUBDIVISION PLAN NO. 904.**

recorded in the Wayne County Register of Deeds on May 11, 2009, Liber 47905, Page 262-262, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the Debtor's Chapter 13 Plan in bankruptcy case number 15-41480, the Debtor may record a certified copy of this Order with the Wayne County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the Debtor fails to complete the Debtor's Chapter 13 Plan in bankruptcy case number 15-41480, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the Debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on May 04, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge